379 A.2d 607

Commonwealth v. Rose, Appellant.

632

Submitted November 8, 1976.   Ralph J. Cappy, Public Defender, for appellant;   Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.